UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA BRERETON,

        Petitioner,                          Case Number 25-12484
                                                                Honorable David M. Lawson

v.

ERIC RARDIN,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

                                                             s/David M. Lawson
                                                             DAVID M. LAWSON
                                                             United States District Judge

Dated:  January 5, 2026